476 A.2d 85

Commonwealth v. Bozeman, Appellant.
Petition for Allowance of Appeal
Denied Aug. 21, 1984.

Submitted March 23, 1984. David S. Shrager, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Order affirmed.